### 14388.   FOSTER *v.* THE STATE.

LUKE, J. The defendant was convicted of the offense of assault with intent to murder, with a recommendation by the jury that he be punished as for a misdemeanor. The recommendation of the jury was approved by the trial judge. The evidence amply authorized the

verdict; and the charge of the court was full and fair, and not subject to the objections raised to it in the motion for a new trial. It was not error to overrule the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*
DECIDED MAY 15, 1923.

Indictment for assault with intent to murder; from Floyd superior court — Judge Wright. February 14, 1923.

*Porter & Mebane,* for plaintiff in error.

*E. S. Taylor, solicitor-general,* contra.